IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01159-WYD-BNB

AMERICAN EXPRESS TRAVEL RELATED COMPANY, INC.,

Plaintiff,

v.

EARL STEVENS, and
TWILA STEVENS,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion for Leave to File Answer and Affirmative Defenses to Defendants' Counterclaim Instanter** [docket no. 27, filed February 4, 2014] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept the attached Plaintiff's Answer to Defendants' Counterclaim for filing.

DATED:  February 5, 2014