IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-01159-WYD-BNB

AMERICAN EXPRESS TRAVEL RELATED COMPANY, INC.,

Plaintiff,

v.

EARL STEVENS, and
TWILA STEVENS,

Defendants.
_____

## ORDER
_____

I am informed that this action has been resolved.

IT IS ORDERED

(1)     On or before May 27, 2014, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a); and

(2)     **Defendants' Motion to Compel Discovery** [Doc. # 32, filed 3/31/2014] is DENIED as moot.

Dated May 13, 2014.

BY THE COURT:

  s/ Boyd N. Boland
United States Magistrate Judge