IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01159-WYD-BNB

AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.,

    Plaintiff,

v.

EARL STEVENS and
TWILA STEVENS,

    Defendants.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

THIS MATTER comes before the Court on the Stipulation to Dismiss.  After a review of the file and the Stipulation to Dismiss, it is hereby

ORDERED that the Stipulation to Dismiss [ECF Doc. No. 56) is APPROVED and this case is DISMISSED WITH PREJUDICE, with each party to pay her or its own attorney's fees and costs.

Dated:  July 7, 2014

                                          BY THE COURT:


                                          /s/ Wiley Y. Daniel
                                          WILEY Y. DANIEL,
                                          SENIOR UNITED STATES DISTRICT JUDGE